IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.                                             CIV 12-0507 LH/KBM
                                                  CR 08-0057 LH

JABSIE DWAYNE LEWIS,

    Defendant-Movant.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS

The Magistrate Judge filed proposed findings on September 5, 2012, recommending that Defendant's § 2255 petition be denied. *See Doc. 14.* The proposed findings notify Petitioner of his ability to file objections and that failure to do so waives appellate review. To-date, Petitioner has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED THAT:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 14)* is ADOPTED;

2. The § 2255 petition is DENIED; and

3. A final order enter concurrently herewith.

_____
SENIOR UNITED STATES DISTRICT JUDGE